Court Name: United States District Court
Division: 1
Receipt Number: 14683058034
Cashier ID: sbrown
Transaction Date: 03/29/2016
Payer Name: LEGAL AID JUSTICE CENTER
------------------------------------------
CIVIL FILING FEE
 For: LEGAL AID JUSTICE CENTER
 Amount:        $400.00
------------------------------------------
CHECK
 Remitter: LEGAL AID JUSTICE CENTER
 Check/Money Order Num: 400239
 Amt Tendered: $400.00
------------------------------------------
Total Due:      $400.00
Total Tendered: $400.00
Change Amt:     $0.00

FILING FEE
116CV343