AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED
2016 MAY 19 P 1: 23
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

Elida Rivas and Delia Gutierrez )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 1:16-cv-343-LMB-JFA
Saldivar & Associates, Inc. et al. )
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Michelle M. Bloxton
6564 Manet Ct.
Woodbridge, VA 22193-3342

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Nicholas Marritz
Legal Aid Justice Center
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
(703) 720-5607

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 05/09/2016

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:16-cv-343-LMB-JFA

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                                                *Server's signature*

                                                    _____
                                                                *Printed name and title*

                                                    _____
                                                                *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

Elida Rivas and Delia Gutierrez

**Plaintiff**

*vs.*　　　Case No: 1:16-cv-343-LMB-JFA

Saldivar & Associates, Inc., et al.

**Defendant**

## AFFIDAVIT OF SERVICE

I, Dylan Stephenson, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Complaint, and Notice in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That on 05/14/2016 at 7:30 PM, I served Michelle M. Bloxton with the Summons, Complaint, and Notice at 13188 Marina Way, Woodbridge, Virginia 22191 by serving Michelle M. Bloxton, personally.

Michelle M. Bloxton is described herein as:

Gender: Female   Race/Skin: White   Age: 45   Weight: 160   Height: 5'10"   Hair: Brown   Glasses: No

I do solemnly declare and affirm under penalty of perjury that I have read the foregoing information set forth herein is correct to the best of my knowledge, information, and belief.

5/17/16
Executed On



Dylan Stephenson

Client Ref Number: N/A
Job #: 1508611

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050