UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

(ALEXANDRIA DIVISION)

| | |
|---|---|
| ELIDA RIVAS and<br>DELIA GUTIERREZ,<br><br>  *Plaintiffs*,<br><br>  v.<br><br>SALDIVAR & ASSOCIATES, INC.,<br>*et al.*,<br><br>  *Defendants* | Case No: 1:16-cv-343-LMB-JFA |

**Request to Clerk for Entry of Default**

Plaintiffs Elida Rivas and Delia Gutierrez hereby request that the Clerk enter the default of all four Defendants in this action. In support of this request, Plaintiffs respectfully represent as follows:

   Plaintiffs filed their Complaint on March 29, 2016. (ECF No. 1). On April 4, Plaintiffs requested that Defendants waive the service of summonses in accordance with Fed R. Civ. P. 4(d). (ECF No. 2). Defendants never returned the waiver-of-service forms, and the Clerk issued summonses for all four Defendants. (*See* ECF No. 3). Plaintiffs then served the summonses, along with copies of the Complaint, via private process server. (*See* Affidavits of Service, ECF Nos. 4–7).

Upon being served, each Defendant then had 21 days to respond. Fed. R. Civ. P. 12(a)(1)(A)(i). Defendant Michelle Bloxton's answer was due on June 6. (*See* ECF No. 4). Defendant Manuel Chavez's answer was due on June 8. (*See* ECF No. 5). Defendant Saldivar & Associates, Inc.'s answer was due on June 15, as was the answer of Defendant Robert Saldivar. (*See* ECF Nos. 6–7). None of the Defendants filed an answer or other responsive pleading in time.

Under Fed. R. Civ. P. 55(a), if a party fails to file a responsive pleading within the allotted time, the clerk must enter that party's default. Thus, Plaintiffs respectfully request that the Clerk note the default of all four Defendants.

Respectfully submitted this 16th day of June, 2016.

/s/ Nicholas Cooper Marritz                              Date: June 16, 2016
Nicholas Cooper Marritz (VSB No. 89795)
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Tel: (703) 720-5607
Fax: (703) 778-3454
nicholas@justice4all.org
*Counsel for Plaintiffs*

## Certificate of Service

I, Nicholas Marritz, counsel for Plaintiffs, hereby certify that on June 15, 2016, I served Defendants with the foregoing *Request to Clerk for Entry of Default* via U.S. Mail, at the following addresses:

| DEFENDANT | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 |
|---|---|---|---|
| **Saldivar & Associates Inc.** d/b/a R&R Catering Robert P. Saldivar, Registered Agent | 8004-A Alban Rd. Springfield, Va. 22150 | 7956 Cameron Brown Ct. Springfield, Va. 22153 | 8721 Bitterooot Ct. Lorton, Va. 22079 |
| **Robert P. Saldivar** | Saldivar & Associates Inc. d/b/a R&R Catering 8004-A Alban Rd. Springfield, Va. 22150 | Saldivar & Associates Inc. d/b/a R&R Catering 7956 Cameron Brown Ct. Springfield, Va. 22153 | 8721 Bitterooot Ct. Lorton, Va. 22079 |
| **Michelle M. Bloxton** | "Blu 1681" 13188 Marina Way Woodbridge, Va. 22191 | 6564 Manet Ct., Woodbridge, Va. 22193 | |
| **Manuel Chavez** | "Blu 1681" 13188 Marina Way Woodbridge, Va. 22191 | | |

/s/ Nicholas Cooper Marritz            Date: June 16, 2016
Nicholas Cooper Marritz (VSB No. 89795)
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Tel: (703) 720-5607
Fax: (703) 778-3454
nicholas@justice4all.org
*Counsel for Plaintiffs*