UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

(ALEXANDRIA DIVISION)

ELIDA RIVAS and
DELIA GUTIERREZ,

*Plaintiffs*,

v.

SALDIVAR & ASSOCIATES, INC.,
*et al.*,

*Defendants*

Case No: 1:16-cv-343-LMB-JFA

### Declaration of Nicholas Marritz
### In Support of Request to Clerk for Entry of Default

1. I am an attorney of record in this case.

2. Plaintiffs filed their complaint in this matter on March 29, 2016. (ECF No. 1).

3. After filing the Complaint, Plaintiffs requested that Defendants waive the service of summonses in accordance with Fed R. Civ. P. 4(d). (ECF No. 2).

4. Plaintiffs sent the waiver paperwork to Defendants on April 4 and gave them 30 days to respond.

5. Defendants never returned the waiver-of-service forms.

6. On May 9, the Clerk issued summonses for all four Defendants. (*See* ECF No. 3).

7. Plaintiffs then served the summonses, along with copies of the Complaint, via private process server. (*See* Affidavits of Service, ECF Nos. 4–7).

8. The process server served the individual Defendants personally, in accordance with Fed. R. Civ. P. 4(e)(2)(A). (Affidavits of Service, ECF Nos. 4, 5, and 7). The process server served the corporate defendant by delivering the summons and Complaint to the corporation's registered agent, Defendant Robert P. Saldivar, in accordance with Fed. R. Civ. P. 4(h)(1)(B). (ECF No. 6).

9. Upon being served, each Defendant then had 21 days to respond. Fed. R. Civ. P. 12(a)(1)(A)(i).

10. Defendant Michelle Bloxton's answer was due on June 6. (*See* ECF No. 4).

11. Defendant Manuel Chavez's answer was due on June 8. (*See* ECF No. 5).

12. Defendant Saldivar & Associates, Inc.'s answer was due on June 15. (*See* ECF No. 6).

13. Defendant Robert Saldivar's answer was due on June 15. (*See* ECF No. 7).

14. None of the Defendants has filed an answer or otherwise responded to Plaintiffs' Complaint.

I declare under penalty of perjury that the foregoing is true and correct.

Date: June 16, 2016

_____
Nicholas Cooper Marritz (VSB No. 89795)
**LEGAL AID JUSTICE CENTER**
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Tel: (703) 720-5607
Fax: (703) 778-3454
nicholas@justice4all.org
*Counsel for Plaintiffs*