# 2010 ANNUAL REPORT
## COMMONWEALTH OF VIRGINIA
## STATE CORPORATION COMMISSION

21015.1982--3/9/2010

DUE DATE: 02/26/10
SCC ID NO.: 0334773-9

① CORPORATION NAME:
SALDIVAR & ASSOCIATES, INC.

② VA REGISTERED AGENT NAME AND OFFICE ADDRESS: PRES.
ROBERT P. SALDIVAR

8004-A ALBAN ROAD

SPRINGFIELD, VA 22150

③ CITY OR COUNTY OF VA REGISTERED OFFICE:
129-FAIRFAX COUNTY

④ STATE OR COUNTRY OF INCORPORATION:
VA-VIRGINIA

⑤ STOCK INFORMATION

| CLASS | AUTHORIZED |
|---|---|
| COMMON | 30,000 |

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE. Carefully read the attached instruction sheet. Type or print in black only. If item ⑥ is blank or incorrect, you must add or change the principal office address where indicated. If item ⑦ is blank or incorrect, you must add or change the director and officer information where indicated.

⑥ PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If the block to the left is blank or contains incorrect data please add or correct the address below. |
|---|---|
| ADDRESS: 8004-A ALBAN RD. | ADDRESS: |
| CITY/ST/ZIP: SPRINGFIELD, VA 22150 | CITY/ST/ZIP: |

⑦ DIRECTORS AND PRINCIPAL OFFICERS:  All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:  ☐ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER ☒   DIRECTOR ☒ | OFFICER ☐   DIRECTOR ☐ |
| NAME: ROBERT P SALDIVAR | NAME: |
| TITLE: PRESIDENT/TREAS | TITLE: |
| ADDRESS: 5723 ASH DR | ADDRESS: |
| CITY/ST/ZIP: SPRINGFIELD, VA 22150 | CITY/ST/ZIP: |

I AFFIRM THAT THE INFORMATION CONTAINED IN THIS REPORT IS ACCURATE AND COMPLETE.

_[signature]_  _Robert Saldivar_  3-01-00
SIGNATURE OF DIRECTOR/OFFICER    PRINTED NAME AND CORPORATE TITLE    DATE
LISTED IN THIS REPORT

It is a Class 1 misdemeanor for any person to sign a document he knows is false in any material respect with intent that the document be delivered to the Commission for filing.
+ 0266782 000004603 09SCC1
AF002V Rev 14 1/09

EXHIBIT A

CORPORATION NAME: SALDIVAR & ASSOCIATES, INC.

DUE DATE: 02/26/10
SCC ID NO.: 0334773-9

⑦ DIRECTORS AND PRINCIPAL OFFICERS (continued):

All directors and principal officers must be listed. An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank: ☐ Information is correct ☐ Information is incorrect ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: ☐ Correction ☐ Addition ☐ Replacement |
|---|---|
| OFFICER ☒ DIRECTOR ☒<br>NAME: MICHELLE MEEHAN BLOXTON<br>TITLE: VP/SECRETARY<br>ADDRESS: 6564 MONET CTCOURT<br>CITY/ST/ZIP: WOODBRIDGE, VA 22193 | OFFICER ☐ DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |
| OFFICER ☐ DIRECTOR ☒<br>NAME: JEFF BLOXTON<br>TITLE: DIRECTOR<br>ADDRESS: 6564 MONET COURT<br>CITY/ST/ZIP: WOODBRIDGE, VA 22193 | OFFICER ☐ DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |
| OFFICER ☐ DIRECTOR ☒<br>NAME: JO MARIE SALDIVAR<br>TITLE: DIRECTOR<br>ADDRESS: 5723 ASH DR<br>CITY/ST/ZIP: SPRINGFIELD, VA 22150 | OFFICER ☐ DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |
| OFFICER ☐ DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: | OFFICER ☐ DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |

AF00ZW Rev 2 12/08

+ 0266782 000004603 09SCC1

# 2011 ANNUAL REPORT
## COMMONWEALTH OF VIRGINIA
## STATE CORPORATION COMMISSION

21105.6656--3/8/2011

① **CORPORATION NAME:**
SALDIVAR & ASSOCIATES, INC.

② **VA REGISTERED AGENT NAME AND OFFICE ADDRESS:** OFFCR.
ROBERT P. SALDIVAR

8004-A ALBAN ROAD

SPRINGFIELD, VA 22150

③ **CITY OR COUNTY OF VA REGISTERED OFFICE:**
129-FAIRFAX COUNTY

④ **STATE OR COUNTRY OF INCORPORATION:**
VA-VIRGINIA

**DUE DATE:** 02/28/11

**SCC ID NO.:** 0334773-9

⑤ **STOCK INFORMATION**

| CLASS | AUTHORIZED |
|---|---|
| COMMON | 30,000 |

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE. Carefully read the attached instruction sheet. Type or print in black only. If item ⑥ is blank or incorrect, you must add or change the principal office address where indicated. If item ⑦ is blank or incorrect, you must add or change the director and officer information where indicated.

⑥ **PRINCIPAL OFFICE ADDRESS:**

| ☐ Mark this box if address shown below is correct | If the block to the left is blank or contains incorrect data please add or correct the address below. |
|---|---|
| ADDRESS: 8004-A ALBAN RD. | ADDRESS: |
| CITY/ST/ZIP: SPRINGFIELD, VA 22150 | CITY/ST/ZIP: |

⑦ **DIRECTORS AND PRINCIPAL OFFICERS:** All directors and principal officers must be listed. An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:  ☐ Correction ☐ Addition ☐ Replacement |
|---|---|
| OFFICER ☒  DIRECTOR ☒ | OFFICER ☐  DIRECTOR ☐ |
| NAME: ROBERT P SALDIVAR | NAME: |
| TITLE: PRESIDENT/TREAS | TITLE: |
| ADDRESS: 5723 ASH DR | ADDRESS: |
| CITY/ST/ZIP: SPRINGFIELD, VA 22150 | CITY/ST/ZIP: |

I AFFIRM THAT THE INFORMATION CONTAINED IN THIS REPORT IS ACCURATE AND COMPLETE.

_[signature]_  President  12/15/10
SIGNATURE OF DIRECTOR/OFFICER LISTED IN THIS REPORT | PRINTED NAME AND CORPORATE TITLE | DATE

It is a Class 1 misdemeanor for any person to sign a document he knows is false in any material respect with intent that the document be delivered to the Commission for filing.

+ 0311886  000004508  09SCC1
AF002V Rev 14 1/09

CORPORATION NAME:
SALDIVAR & ASSOCIATES, INC.

DUE DATE: 02/28/11
SCC ID NO.: 0334773-9

⑦ DIRECTORS AND PRINCIPAL OFFICERS (continued):

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank: Information is correct [ ] Information is incorrect [ ] Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: [ ] Correction [ ] Addition [ ] Replacement |
|---|---|
| OFFICER [X]  DIRECTOR [X] <br> NAME: MICHELLE MEEHAN BLOXTON <br> TITLE: VP/SECRETARY <br> ADDRESS: 6564 MONET CTCOURT <br> CITY/ST/ZIP: WOODBRIDGE, VA 22193 | OFFICER [ ]  DIRECTOR [ ] <br> NAME: <br> TITLE: <br> ADDRESS: <br> CITY/ST/ZIP: |
| Mark appropriate box unless area below is blank: Information is correct [ ] Information is incorrect [ ] Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: [ ] Correction [ ] Addition [ ] Replacement |
| OFFICER [ ]  DIRECTOR [X] <br> NAME: JEFF BLOXTON <br> TITLE: DIRECTOR <br> ADDRESS: 6564 MONET COURT <br> CITY/ST/ZIP: WOODBRIDGE, VA 22193 | OFFICER [ ]  DIRECTOR [ ] <br> NAME: <br> TITLE: <br> ADDRESS: <br> CITY/ST/ZIP: |
| Mark appropriate box unless area below is blank: Information is correct [ ] Information is incorrect [ ] Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: [ ] Correction [ ] Addition [ ] Replacement |
| OFFICER [ ]  DIRECTOR [X] <br> NAME: JO MARIE SALDIVAR <br> TITLE: DIRECTOR <br> ADDRESS: 5723 ASH DR <br> CITY/ST/ZIP: SPRINGFIELD, VA 22150 | OFFICER [ ]  DIRECTOR [ ] <br> NAME: <br> TITLE: <br> ADDRESS: <br> CITY/ST/ZIP: |
| Mark appropriate box unless area below is blank: Information is correct [ ] Information is incorrect [ ] Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: [ ] Correction [ ] Addition [ ] Replacement |
| OFFICER [ ]  DIRECTOR [ ] <br> NAME: <br> TITLE: <br> ADDRESS: <br> CITY/ST/ZIP: | OFFICER [ ]  DIRECTOR [ ] <br> NAME: <br> TITLE: <br> ADDRESS: <br> CITY/ST/ZIP: |

AF00ZW Rev 2 12/08

+ 0311886 000004508 09SCC1

# 2012 ANNUAL REPORT
## COMMONWEALTH OF VIRGINIA
## STATE CORPORATION COMMISSION

File online at
sccefile.scc.virginia.gov

21202.0593--1/9/2012



1. **CORPORATION NAME:**
   SALDIVAR & ASSOCIATES, INC.

2. **VA REGISTERED AGENT NAME AND OFFICE ADDRESS:** OFFCR.
   ROBERT P. SALDIVAR

   8004-A ALBAN ROAD

   SPRINGFIELD, VA 22150

3. **CITY OR COUNTY OF VA REGISTERED OFFICE:**
   129-FAIRFAX COUNTY

4. **STATE OR COUNTRY OF INCORPORATION:**
   VA-VIRGINIA

DUE DATE: 02/29/12

SCC ID NO.: 0334773-9

5. **STOCK INFORMATION**

| CLASS | AUTHORIZED |
|---|---|
| COMMON | 30,000 |
| | |
| | |
| | |

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE. Carefully read the enclosed instructions. Type or print in black only.

6. **PRINCIPAL OFFICE ADDRESS:**

| [X] Mark this box if address shown below is correct | If the block to the left is blank or contains incorrect data please add or correct the address below. |
|---|---|
| ADDRESS: 8004-A ALBAN RD. | ADDRESS: |
| CITY/ST/ZIP SPRINGFIELD, VA 22150 | CITY/ST/ZIP |

7. **DIRECTORS AND PRINCIPAL OFFICERS:** All directors and principal officers must be listed.
   An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank:<br>[X] Information is correct   ☐ Information is incorrect   ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:   ☐ Correction ☐ Addition ☐ Replacement |
|---|---|
| OFFICER [X]   DIRECTOR [X] | OFFICER ☐   DIRECTOR ☐ |
| NAME: ROBERT P SALDIVAR | NAME: |
| TITLE: PRESIDENT/TREAS | TITLE: |
| ADDRESS: 5723 ASH DR | ADDRESS: |
| CITY/ST/ZIP: SPRINGFIELD, VA 22150 | CITY/ST/ZIP: |

I affirm that the information contained in this report is accurate and complete as of the date below.

_[signature]_     Robert S. Oliver, President    1/5/12

SIGNATURE OF DIRECTOR/OFFICER LISTED IN THIS REPORT    PRINTED NAME AND CORPORATE TITLE    DATE

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to the Commission for filing.
+ 0355963 000004523 09SCC1
AR0DZV Rev 15 2/11

**CORPORATION NAME:**
SALDIVAR & ASSOCIATES, INC.

**DUE DATE:** 02/29/12
**SCC ID NO.:** 0334773-9

### 7. DIRECTORS AND PRINCIPAL OFFICERS (continued):

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

---

Mark appropriate box unless area below is blank:
[X] Information is correct  [ ] Information is incorrect  [ ] Delete information

OFFICER [X]   DIRECTOR [X]

NAME: MICHELLE MEEHAN BLOXTON
TITLE: VP/SECRETARY
ADDRESS: 6564 MONET CTCOURT
CITY/ST/ZIP: WOODBRIDGE, VA 22193

If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:  [ ] Correction  [ ] Addition  [ ] Replacement

OFFICER [ ]   DIRECTOR [ ]

NAME:
TITLE:
ADDRESS:
CITY/ST/ZIP:

---

Mark appropriate box unless area below is blank:
[X] Information is correct  [ ] Information is incorrect  [ ] Delete information

OFFICER [ ]   DIRECTOR [X]

NAME: JEFF BLOXTON
TITLE: DIRECTOR
ADDRESS: 6564 MONET COURT
CITY/ST/ZIP: WOODBRIDGE, VA 22193

If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:  [ ] Correction  [ ] Addition  [ ] Replacement

OFFICER [ ]   DIRECTOR [ ]

NAME:
TITLE:
ADDRESS:
CITY/ST/ZIP:

---

Mark appropriate box unless area below is blank:
[X] Information is correct  [ ] Information is incorrect  [ ] Delete information

OFFICER [ ]   DIRECTOR [X]

NAME: JO MARIE SALDIVAR
TITLE: DIRECTOR
ADDRESS: 5723 ASH DR
CITY/ST/ZIP: SPRINGFIELD, VA 22150

If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:  [ ] Correction  [ ] Addition  [ ] Replacement

OFFICER [ ]   DIRECTOR [ ]

NAME:
TITLE:
ADDRESS:
CITY/ST/ZIP:

---

Mark appropriate box unless area below is blank:
[ ] Information is correct  [ ] Information is incorrect  [ ] Delete information

OFFICER [ ]   DIRECTOR [ ]

NAME:
TITLE:
ADDRESS:
CITY/ST/ZIP:

If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:  [ ] Correction  [ ] Addition  [ ] Replacement

OFFICER [ ]   DIRECTOR [ ]

NAME:
TITLE:
ADDRESS:
CITY/ST/ZIP:

---

AF00ZW Rev 3 3/11

+ 0355963 000004523 09SCC1

| SCC eFile | **2013 ANNUAL REPORT**<br>COMMONWEALTH OF VIRGINIA<br>STATE CORPORATION COMMISSION | 213509722 |
|---|---|---|

1.) CORPORATION NAME:

**SALDIVAR & ASSOCIATES, INC.**

2.) VA REGISTERED AGENT NAME AND OFFICE ADDRESS:
**ROBERT P. SALDIVAR**
**8004-A ALBAN ROAD**
**SPRINGFIELD, VA 22150**

DUE DATE: **2/28/2013**

SCC ID NO: **03347739**

5.) STOCK INFORMATION

| CLASS | AUTHORIZED |
|---|---|
| COMMON | 30,000 |

3.) CITY OR COUNTY OF VA REGISTERED OFFICE:
**FAIRFAX COUNTY**

4.) STATE OR COUNTRY OF INCORPORATION:
**VA**

6.) PRINCIPAL OFFICE ADDRESS:

ADDRESS: 8004-A ALBAN RD.

CITY/ST/ZIP: SPRINGFIELD, VA 22150

7.) DIRECTORS AND PRINCIPAL OFFICERS: All directors and principal officers must be listed. An individual may be designated as both a director and an officer.

| | | OFFICER | DIRECTOR |
|---|---|---|---|
| NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP/CO: | ROBERT P SALDIVAR<br>PRESIDENT/TREAS<br>5723 ASH DR<br>SPRINGFIELD, VA 22150 | X | X |

| | | OFFICER | DIRECTOR |
|---|---|---|---|
| NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP/CO: | MICHELLE MEEHAN BLOXTON<br>VP/SECRETARY<br>6564 MONET CTCOURT<br>WOODBRIDGE, VA 22193 | X | X |

| | | OFFICER | DIRECTOR |
|---|---|---|---|
| NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP/CO: | JEFF BLOXTON<br>DIRECTOR<br>6564 MONET COURT<br>WOODBRIDGE, VA 22193 | | X |

| | | OFFICER | DIRECTOR |
|---|---|---|---|
| NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP/CO: | JO MARIE SALDIVAR<br>DIRECTOR<br>5723 ASH DR<br>SPRINGFIELD, VA 22150 | | X |

I AFFIRM THAT THE INFORMATION CONTAINED IN THIS ELECTRONIC REPORT IS ACCURATE AND COMPLETE AS OF THE DATE BELOW AND THAT I AM LEGALLY AUTHORIZED TO SIGN THIS REPORT.

| /s/ ROBERT P SALDIVAR | ROBERT P SALDIVAR, | 2/26/2013 |
|---|---|---|
| SIGNATURE OF DIRECTOR/OFFICER LISTED IN THIS REPORT | PRESIDENT/TREAS<br>PRINTED NAME AND CORPORATE TITLE | DATE |

It is a Class 1 misdemeanor for any person to sign a document, which includes this electronic record, that is false in any material respect with the intent that the document be delivered to the Commission for filing.

# 2014 ANNUAL REPORT
## COMMONWEALTH OF VIRGINIA
## STATE CORPORATION COMMISSION

File online at
sccefile.scc.virginia.gov

21404.1010--2/24/2014

1. **CORPORATION NAME:**
   SALDIVAR & ASSOCIATES, INC.

2. **VA REGISTERED AGENT NAME AND OFFICE ADDRESS:** OFFCR.
   ROBERT P. SALDIVAR

   8004-A ALBAN ROAD

   SPRINGFIELD, VA 22150

3. **CITY OR COUNTY OF VA REGISTERED OFFICE:**
   129-FAIRFAX COUNTY

4. **STATE OR COUNTRY OF INCORPORATION:**
   VA-VIRGINIA

DUE DATE: 02/28/14

SCC ID NO.: 0334773-9

5. **STOCK INFORMATION**

| CLASS | AUTHORIZED |
|---|---|
| COMMON | 30,000 |

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE. Carefully read the enclosed instructions. Type or print in black only.

6. **PRINCIPAL OFFICE ADDRESS:**

| ☐ Mark this box if address shown below is correct | If the block to the left is blank or contains incorrect data please add or correct the address below. |
|---|---|
| ADDRESS: 8004-A ALBAN RD. | ADDRESS: |
| CITY/ST/ZIP SPRINGFIELD, VA 22150 | CITY/ST/ZIP |

7. **DIRECTORS AND PRINCIPAL OFFICERS:** All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:  ☐ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER ☒  DIRECTOR ☒ | OFFICER ☐  DIRECTOR ☐ |
| NAME: ROBERT P SALDIVAR | NAME: |
| TITLE: PRESIDENT/TREAS | TITLE: |
| ADDRESS: 5723 ASH DR | ADDRESS: |
| CITY/ST/ZIP: SPRINGFIELD, VA 22150 | CITY/ST/ZIP: |

I affirm that the information contained in this report is accurate and complete as of the date below.

_____   Robert Saldivar Prsdnt   2.14.14
SIGNATURE OF DIRECTOR/OFFICER     PRINTED NAME AND CORPORATE TITLE     DATE
LISTED IN THIS REPORT

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to the Commission for filing.

+ 0457470 000003477 09SCC1
AF00ZV Rev 15 2/11

# 2014 ANNUAL REPORT CONTINUED

21404.1010--2/24/2014

CORPORATION NAME:
SALDIVAR & ASSOCIATES, INC.

DUE DATE: 02/28/14
SCC ID NO.: 0334773-9

7. DIRECTORS AND PRINCIPAL OFFICERS (continued):

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank:<br>[ ] Information is correct  [ ] Information is incorrect  [ ] Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:  [ ] Correction  [ ] Addition  [ ] Replacement |
|---|---|
| OFFICER [X]  DIRECTOR [X]<br>NAME: MICHELLE MEEHAN BLOXTON<br>TITLE: VP/SECRETARY<br>ADDRESS: 6564 MONET CTCOURT<br>CITY/ST/ZIP: WOODBRIDGE, VA 22193 | OFFICER [ ]  DIRECTOR [ ]<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |

| Mark appropriate box unless area below is blank:<br>[ ] Information is correct  [ ] Information is incorrect  [ ] Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:  [ ] Correction  [ ] Addition  [ ] Replacement |
|---|---|
| OFFICER [ ]  DIRECTOR [X]<br>NAME: JEFF BLOXTON<br>TITLE: DIRECTOR<br>ADDRESS: 6564 MONET COURT<br>CITY/ST/ZIP: WOODBRIDGE, VA 22193 | OFFICER [ ]  DIRECTOR [ ]<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |

| Mark appropriate box unless area below is blank:<br>[ ] Information is correct  [ ] Information is incorrect  [ ] Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:  [ ] Correction  [ ] Addition  [ ] Replacement |
|---|---|
| OFFICER [ ]  DIRECTOR [X]<br>NAME: JO MARIE SALDIVAR<br>TITLE: DIRECTOR<br>ADDRESS: 5723 ASH DR<br>CITY/ST/ZIP: SPRINGFIELD, VA 22150 | OFFICER [ ]  DIRECTOR [ ]<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |

| Mark appropriate box unless area below is blank:<br>[ ] Information is correct  [ ] Information is incorrect  [X] Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:  [ ] Correction  [ ] Addition  [ ] Replacement |
|---|---|
| OFFICER [ ]  DIRECTOR [ ]<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: | OFFICER [ ]  DIRECTOR [ ]<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |



AF00ZW Rev 3 3/11

+ 0457470 000003477 09SCC1



**2015 ANNUAL REPORT**
**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

File online at
sccefile.scc.virginia.gov

21506.4513--4/3/2015



1. CORPORATION NAME:
   SALDIVAR & ASSOCIATES, INC.

   DUE DATE: 02/28/15

2. VA REGISTERED AGENT NAME AND OFFICE ADDRESS: OFFCR.
   ROBERT P. SALDIVAR
   8004-A ALBAN ROAD
   SPRINGFIELD, VA 22150

   SCC ID NO.: 0334773-9

5. STOCK INFORMATION

| CLASS | AUTHORIZED |
|---|---|
| COMMON | 30,000 |

3. CITY OR COUNTY OF VA REGISTERED OFFICE:
   129-FAIRFAX COUNTY

4. STATE OR COUNTRY OF INCORPORATION:
   VA-VIRGINIA

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE. Carefully read the enclosed instructions. Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If the block to the left is blank or contains incorrect data please add or correct the address below. |
|---|---|
| ADDRESS: 8004-A ALBAN RD. | ADDRESS: |
| CITY/ST/ZIP  SPRINGFIELD, VA 22150 | CITY/ST/ZIP |

7. DIRECTORS AND PRINCIPAL OFFICERS:   All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete Information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:<br>☐ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER ☒ DIRECTOR ☒<br>NAME: ROBERT P SALDIVAR<br>TITLE: PRESIDENT/TREAS<br>ADDRESS: 5723 ASH DR<br>CITY/ST/ZIP: SPRINGFIELD, VA 22150 | OFFICER ☐ DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |

I affirm that the information contained in this report is accurate and complete as of the date below.

_____   Robert Saldivar/President   2.25.15
SIGNATURE OF DIRECTOR/OFFICER   PRINTED NAME AND CORPORATE TITLE   DATE
LISTED IN THIS REPORT

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to the Commission for filing.

# 2015 ANNUAL REPORT CONTINUED

21506.4513--4/3/2015

**CORPORATION NAME:**
SALDIVAR & ASSOCIATES, INC.

**DUE DATE:** 02/28/15
**SCC ID NO.:** 0334773-9

7. **DIRECTORS AND PRINCIPAL OFFICERS: (continued)**

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:<br>☐ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER ☒  DIRECTOR ☒<br>NAME: MICHELLE MEEHAN BLOXTON<br>TITLE: VP/SECRETARY<br>ADDRESS: 6564 MONET CTCOURT<br>CITY/ST/ZIP: WOODBRIDGE, VA 22193 | OFFICER ☐  DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:<br>☐ Correction  ☐ Addition  ☐ Replacement |
| OFFICER ☐  DIRECTOR ☒<br>NAME: JEFF BLOXTON<br>TITLE: DIRECTOR<br>ADDRESS: 6564 MONET COURT<br>CITY/ST/ZIP: WOODBRIDGE, VA 22193 | OFFICER ☐  DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☒ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:<br>☐ Correction  ☐ Addition  ☐ Replacement |
| OFFICER ☐  DIRECTOR ☒<br>NAME: JO MARIE SALDIVAR<br>TITLE: DIRECTOR<br>ADDRESS: 5723 ASH DR<br>CITY/ST/ZIP: SPRINGFIELD, VA 22150 | OFFICER ☐  DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:<br>☐ Correction  ☐ Addition  ☐ Replacement |
| OFFICER ☐  DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: | OFFICER ☐  DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |



0001509



# 2016 ANNUAL REPORT
## COMMONWEALTH OF VIRGINIA
## STATE CORPORATION COMMISSION

216032586--2/8/2016



1. **CORPORATION NAME:**
   SALDIVAR & ASSOCIATES, INC.

2. **VA REGISTERED AGENT NAME AND OFFICE ADDRESS:** OFFCR.
   ROBERT P. SALDIVAR
   8004-A ALBAN ROAD
   SPRINGFIELD, VA 22150

3. **CITY OR COUNTY OF VA REGISTERED OFFICE:**
   129-FAIRFAX COUNTY

4. **STATE OR COUNTRY OF INCORPORATION:**
   VA-VIRGINIA

DUE DATE: 02/29/16

SCC ID NO.: 0334773-9

5. **STOCK INFORMATION**

| CLASS | AUTHORIZED |
|---|---|
| COMMON | 30,000 |

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE. Carefully read the enclosed instructions. Type or print in black only.

6. **PRINCIPAL OFFICE ADDRESS:**

| ☐ Mark this box if address shown below is correct | If the block to the left is blank or contains incorrect data please add or correct the address below. |
|---|---|
| ADDRESS: 8004-A ALBAN RD. | ADDRESS: 7956 Cameron Brown Court Ste B Springfield, VA 22153 |
| CITY/ST/ZIP  SPRINGFIELD, VA 22150 | CITY/ST/ZIP: |

7. **DIRECTORS AND PRINCIPAL OFFICERS:** All directors and principal officers must be listed. An individual may be designated as both a director and an officer.



| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:  ☒ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER ☒  DIRECTOR ☒ | OFFICER ☐  DIRECTOR ☐ |
| NAME: ROBERT P SALDIVAR | NAME: |
| TITLE: PRESIDENT/TREAS | TITLE: |
| ADDRESS: 5723 ASH DR | ADDRESS: |
| CITY/ST/ZIP: SPRINGFIELD, VA 22150 | CITY/ST/ZIP: |

I affirm that the information contained in this report is accurate and complete as of the date below.

_Robert Saldivar_ | _Robert Saldivar_ | 2/6/16
SIGNATURE OF DIRECTOR/OFFICER LISTED IN THIS REPORT | PRINTED NAME AND CORPORATE TITLE | DATE

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to the Commission for filing.

CORPORATION NAME: SALDIVAR & ASSOCIATES, INC.

DUE DATE: 02/29/16
SCC ID NO.: 0334773-9

## 7. DIRECTORS AND PRINCIPAL OFFICERS: (continued)

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank: | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: |
|---|---|
| ☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | ☐ Correction  ☐ Addition  ☐ Replacement |

**OFFICER ☒  DIRECTOR ☒**
NAME: MICHELLE MEEHAN BLOXTON
TITLE: VP/SECRETARY
ADDRESS: 6564 MONET CTCOURT
CITY/ST/ZIP: WOODBRIDGE, VA 22193

**OFFICER ☐  DIRECTOR ☐**
NAME:
TITLE:
ADDRESS:
CITY/ST/ZIP:

| Mark appropriate box unless area below is blank: | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: |
|---|---|
| ☐ Information is correct  ☐ Information is incorrect  ☒ Delete information | ☐ Correction  ☐ Addition  ☐ Replacement |

**OFFICER ☐  DIRECTOR ☒**
NAME: JEFF BLOXTON
TITLE: DIRECTOR
ADDRESS: 6564 MONET COURT
CITY/ST/ZIP: WOODBRIDGE, VA 22193

**OFFICER ☐  DIRECTOR ☐**
NAME:
TITLE:
ADDRESS:
CITY/ST/ZIP:

| Mark appropriate box unless area below is blank: | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: |
|---|---|
| ☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | ☐ Correction  ☐ Addition  ☐ Replacement |

**OFFICER ☐  DIRECTOR ☐**
NAME:
TITLE:
ADDRESS:
CITY/ST/ZIP:

**OFFICER ☐  DIRECTOR ☐**
NAME:
TITLE:
ADDRESS:
CITY/ST/ZIP:


0003469

| Mark appropriate box unless area below is blank: | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: |
|---|---|
| ☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | ☐ Correction  ☐ Addition  ☐ Replacement |

**OFFICER ☐  DIRECTOR ☐**
NAME:
TITLE:
ADDRESS:
CITY/ST/ZIP:

**OFFICER ☐  DIRECTOR ☐**
NAME:
TITLE:
ADDRESS:
CITY/ST/ZIP: