UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

(ALEXANDRIA DIVISION)

| | |
|---|---|
| ELIDA RIVAS and<br>DELIA GUTIERREZ<br><br>*Plaintiffs*,<br><br>v.<br><br>SALDIVAR & ASSOCIATES, INC., et al.,<br><br>*Defendants* | **Case No: 1:16-cv-343-LMB-JFA**<br><br>**Hearing Date**: August 5, 2016<br>10:00 a.m. |

# PRAECIPE
# RE PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

Plaintiffs, through counsel, respectfully request that the Clerk enter the following additional exhibits in support of their Memorandum in Support of Motion for Default Judgment (ECF No. 13):

- **Exhibit B-5**: Work Time/Off-Clock Summaries of Elida Rivas
  (*See* Rivas Decl. ¶¶24 and 30).

- **Exhibit B-6**: Notebook with contemporaneous hours of Elida Rivas (Hello Kitty)
  (*See* Rivas Decl. ¶10).

- **Exhibit B-7**: Notebook with contemporaneous hours of Elida Rivas (Blue Flower)
  (*See* Rivas Decl. ¶10).

- **Exhibit C-4**: Notebook with contemporaneous hours of Delia Gutierrez (Orange Flower)
  (*See* Gutierrez Decl. ¶10).

- **Exhibit C-5**: Notebook with contemporaneous hours of Delia Gutierrez (Palm Tree)
  (*See* Gutierrez Decl. ¶10).

- **Exhibit C-6**: Work Time/Off-Clock Summaries of Delia Gutierrez
  (*See* Gutierrez Decl. ¶¶25 and 31).

- **Exhibit C-7**: Delia Gutierrez's paycheck stub for pay period June 17–30, 2015. (*See* Gutierrez Decl. ¶32).

- **Exhibit D**: Declaration of Delia Gutierrez. This document bears the declarant's handwritten signature; its content in all other respects is identical to Exhibit C. (ECF No. 13-7).

Respectfully submitted,

//s// Nicholas Cooper Marritz                                                      Date: July 11, 2016
Nicholas Cooper Marritz (VSB No. 89795)
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Tel: (703) 720-5607
Fax: (703) 778-3454
nicholas@justice4all.org
*Attorney for Plaintiffs*

# Certificate of Service

I, Nicholas Marritz, counsel for Plaintiffs, hereby certify that on July 11, 2016, I served Defendants with the foregoing *Praecipe re Plaintiffs' Motion for Default Judgment* and its accompanying exhibits via U.S. Mail, at the following addresses:

| DEFENDANT | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 |
|---|---|---|---|
| **Saldivar & Associates Inc.** d/b/a R&R Catering Robert P. Saldivar, Registered Agent | 8004-A Alban Rd. Springfield, Va. 22150 | 7956 Cameron Brown Ct. Springfield, Va. 22153 | 8721 Bitterooot Ct. Lorton, Va. 22079 |
| **Robert P. Saldivar** | Saldivar & Associates Inc. d/b/a R&R Catering 8004-A Alban Rd. Springfield, Va. 22150 | Saldivar & Associates Inc. d/b/a R&R Catering 7956 Cameron Brown Ct. Springfield, Va. 22153 | 8721 Bitterooot Ct. Lorton, Va. 22079 |
| **Michelle M. Bloxton** | "Blu 1681" 13188 Marina Way Woodbridge, Va. 22191 | 6564 Manet Ct., Woodbridge, Va. 22193 | |
| **Manuel Chavez** | "Blu 1681" 13188 Marina Way Woodbridge, Va. 22191 | | |

/s/ Nicholas Cooper Marritz            Date: July 11, 2016
Nicholas Cooper Marritz (VSB No. 89795)
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Tel: (703) 720-5607
Fax: (703) 778-3454
nicholas@justice4all.org
*Counsel for Plaintiffs*