UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| ELIDA RIVAS and DELIA GUTIERREZ<br><br>　　Plaintiffs,<br><br>　　v.<br><br>SALDIVAR & ASSOCIATES, INC., et al.,<br><br>　　Defendants | Civ. No: 1:16-cv-343-LMB-JFA<br><br>Hearing Date: July 22, 2016<br>　　　　　　　　　10:00 am. |

## NOTICE OF HEARING
## MOTION FOR DEFAULT JUDGMENT

PLEASE TAKE NOTICE that on July 22, 2016, at 10:00 a.m., or as soon thereafter as the matter may be heard, the Court will hold a hearing on Plaintiffs' motion for default judgment.

Respectfully submitted this 8th day of July, 2016,

　　　　　　　　　　　　　　　//s// Nicholas Cooper Marritz
　　　　　　　　　　　　　　　Nicholas Cooper Marritz (VSB #89795)
　　　　　　　　　　　　　　　Simon Y. Sandoval-Moshenberg (VSB #77110)
　　　　　　　　　　　　　　　LEGAL AID JUSTICE CENTER
　　　　　　　　　　　　　　　6066 Leesburg Pike, Suite 520
　　　　　　　　　　　　　　　Falls Church, VA 22041
　　　　　　　　　　　　　　　Tel: (703) 720-5607
　　　　　　　　　　　　　　　Fax: (703) 778-3454
　　　　　　　　　　　　　　　Email: nicholas@justice4all.org