## ELIDA RIVAS - DAMAGES CALCULATIONS (PRAECIPE)

| Workweek | Unpaid Regular Hours | Unpaid Overtime Hours | Regular Rate | FLSA Minimum Wage | FLSA Overtime Wage | FLSA Damages | Contract Damages |
|---|---|---|---|---|---|---|---|
| 1/29/2014 | 15.2 | 2.3 | $9.00 | $7.25 | $13.50 | $141.25 | $157.50 |
| 2/26/2014 | 11.9 | 0 | $9.00 | $7.25 | $13.50 | $86.28 | $107.10 |
| 3/5/2014 | 28.7 | 0 | $9.00 | $7.25 | $13.50 | $208.08 | $258.30 |
| 3/12/2014 | 18.9 | 0 | $9.00 | $7.25 | $13.50 | $137.03 | $170.10 |
| 3/19/2014 | 40 | 2.4 | $9.00 | $7.25 | $13.50 | $322.40 | $381.60 |
| 3/26/2014 | 35 | 0 | $9.00 | $7.25 | $13.50 | $253.75 | $315.00 |
| 4/2/2014 | 38 | 0 | $9.00 | $7.25 | $13.50 | $275.50 | $342.00 |
| 4/9/2014 | 40 | 8.1 | $9.00 | $7.25 | $13.50 | $399.35 | $432.90 |
| 4/16/2014 | 40 | 10.9 | $9.00 | $7.25 | $13.50 | $437.15 | $458.10 |
| 4/23/2014 | 40 | 4 | $9.00 | $7.25 | $13.50 | $344.00 | $396.00 |
| 4/30/2014 | 40 | 26 | $9.00 | $7.25 | $13.50 | $641.00 | $594.00 |
| 6/18/2014 | 0 | 10.3 | $9.00 | $7.25 | $13.50 | $139.05 | $92.70 |
| 11/19/2014 | 44 | 4.9 | $11.00 | $7.25 | $16.50 | $399.85 | $537.90 |
| 11/26/2014 | 40 | 17.3 | $11.00 | $7.25 | $16.50 | $575.45 | $630.30 |
| 12/3/2014 | 40 | 19.8 | $11.00 | $7.25 | $16.50 | $616.70 | $657.80 |
| 12/10/2014 | 40 | 65.5 | $11.00 | $7.25 | $16.50 | $1,370.75 | $1,160.50 |
| 12/17/2014 | 40 | 2 | $11.00 | $7.25 | $16.50 | $323.00 | $462.00 |
| 12/24/2014 | 14.4 | 0 | $11.00 | $7.25 | $16.50 | $104.40 | $158.40 |
| 12/31/2014 | 28.5 | 0 | $11.00 | $7.25 | $16.50 | $206.63 | $313.50 |
| 1/7/2015 | 40 | 2.3 | $11.00 | $7.25 | $16.50 | $327.95 | $465.30 |
| 7/1/2015 | 15 | 0 | $11.00 | $7.25 | $16.50 | $108.75 | $165.00 |
| 7/8/2015 | 25.7 | 0 | $11.00 | $7.25 | $16.50 | $186.33 | $282.70 |
| 7/15/2015 | 18.6 | 0 | $11.00 | $7.25 | $16.50 | $134.85 | $204.60 |

**TOTAL CONTRACT DAMAGES: $8,743.30**
**TOTAL FLSA DAMAGES: $15,478.96**
FLSA Liquidated Damages: $7,739.48
FLSA Actual Damages: $7,739.48


EXHIBIT A