UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

(ALEXANDRIA DIVISION)

| | |
|---|---|
| ELIDA RIVAS and <br> DELIA GUTIERREZ, <br><br> *Plaintiffs*, <br><br> v. <br><br> SALDIVAR & ASSOCIATES, INC., <br> *et al.*, <br><br> *Defendants* | **Case No: 1:16-cv-343-LMB-JFA** <br><br> **Hearing Date**: August 5, 2016 <br> 10:00 a.m. |

**Opposition to Defendants' Request for Continuance**

Plaintiffs oppose Defendant Saldivar & Associates, Inc.'s request for a continuance of tomorrow morning's default-judgment hearing.[1] The company asserts that it has consulted with an attorney, Drew Larson, who has now left the country unexpectedly. (ECF No. 20).

Plaintiffs have no knowledge of this attorney. It is unclear which parties he may have represented in connection with this litigation—if any—or in what capacity. He has not entered an appearance on behalf of any party. And he has not communicated with Plaintiffs' counsel at any time. Absent any indication that Mr. Larson represents or has represented any Defendant in this litigation, Plaintiffs respectfully ask that tomorrow morning's hearing go forth as scheduled.

If the court does opt to grant a continuance, Plaintiffs respectfully request that the hearing be continued to Friday, August 19.

---

[1] The letter requesting a continuance is signed by "Rob P. Saldivar, Saldivar & Associates," but the text of the letter states that the entity making the request is Saldivar & Associates.

Respectfully submitted this 4th day of August, 2016.

/s/ Nicholas Cooper Marritz                             Date: August 4, 2016
Nicholas Cooper Marritz (VSB No. 89795)
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Tel: (703) 720-5607
Fax: (703) 778-3454
nicholas@justice4all.org
*Counsel for Plaintiffs*

## Certificate of Service

I, Nicholas Marritz, counsel for Plaintiffs, hereby certify that on August 4, 2016, I served Defendants with the foregoing *Opposition to Defendants' Request for Continuance* via U.S. Mail, at the following addresses:

| DEFENDANT | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 |
|---|---|---|---|
| **Saldivar & Associates Inc.** d/b/a R&R Catering Robert P. Saldivar, Registered Agent | 8004-A Alban Rd. Springfield, Va. 22150 | 7956 Cameron Brown Ct. Springfield, Va. 22153 | 8721 Bitterooot Ct. Lorton, Va. 22079 |
| **Robert P. Saldivar** | Saldivar & Associates Inc. d/b/a R&R Catering 8004-A Alban Rd. Springfield, Va. 22150 | Saldivar & Associates Inc. d/b/a R&R Catering 7956 Cameron Brown Ct. Springfield, Va. 22153 | 8721 Bitterooot Ct. Lorton, Va. 22079 |
| **Michelle M. Bloxton** | "Blu 1681" 13188 Marina Way Woodbridge, Va. 22191 | 6564 Manet Ct., Woodbridge, Va. 22193 | |
| **Manuel Chavez** | "Blu 1681" 13188 Marina Way Woodbridge, Va. 22191 | | |

/s/ Nicholas Cooper Marritz                                        Date: August 4, 2016
Nicholas Cooper Marritz (VSB No. 89795)
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Tel: (703) 720-5607
Fax: (703) 778-3454
nicholas@justice4all.org
*Counsel for Plaintiffs*