Date: 08/05/2016　　　　　　　　　　Judge: JOHN F. ANDERSON
　　　　　　　　　　　　　　　　　　Reporter: FTR
Start: 10:05 AM
Finish: 10:16 AM

Civil Action Number: 1:16-cv-343-LMB-JFA

Elida Rivas et al.

vs.

Saldivar & Associates, Inc. et al.

Appearances of Counsel for (✓) Pltf (✓) Deft: pro se Robert Saldivar
( ) Matter is uncontested
Motion to/for:

[12] Motion for Default Judgment

Argued &
( ) Granted ( ) Denied ( ) Granted in part/Denied in part
( ) Taken Under Advisement ( ) Continued to _____

_____
_____
_____
_____
_____
_____

(✓) Report and Recommendation to Follow
( ) Order to Follow