# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

### (Alexandria Division)

| | |
|---|---|
| Elida Rivas and<br>Delia Gutierrez,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>Saldivar & Associates, Inc.,<br>*et al.*,<br><br>    *Defendants* | **Case No: 1:16-cv-343-LMB-JFA** |

### Stipulation of Dismissal With Prejudice *of Defendant Manuel Chavez Only*

No answer or responsive pleading or motion for summary judgment having been filed in this matter, plaintiffs hereby dismiss with prejudice their claims against defendant Manuel Chavez only. Fed. R. Civ. P. 41(a)(1)(A)(i). Plaintiffs do not dismiss their claims against any other defendant.

Respectfully submitted,

        //s//                                                Date: 8/19/2016
Simon Y. Sandoval-Moshenberg (VSB No. 77110)
Nicholas Cooper Marritz (VSB No. 89795)
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Tel: (703) 720-5605
Fax: (703) 778-3454
simon@justice4all.org
*Counsel for Plaintiffs*

## Certificate of Service

I, Simon Sandoval-Moshenberg, counsel for Plaintiffs, hereby certify that on August 19, 2016, I served defendants with the foregoing *Stipulation of Dismissal With Prejudice of Defendant Manuel Chavez Only* via U.S. Mail, at the following addresses:

| DEFENDANT | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 |
|---|---|---|---|
| **Saldivar & Associates Inc.** d/b/a R&R Catering Robert P. Saldivar, Registered Agent | 8004-A Alban Rd. Springfield, Va. 22150 | 7956 Cameron Brown Ct. Springfield, Va. 22153 | 8721 Bitterooot Ct. Lorton, Va. 22079 |
| **Robert P. Saldivar** | Saldivar & Associates Inc. d/b/a R&R Catering 8004-A Alban Rd. Springfield, Va. 22150 | Saldivar & Associates Inc. d/b/a R&R Catering 7956 Cameron Brown Ct. Springfield, Va. 22153 | 8721 Bitterooot Ct. Lorton, Va. 22079 |
| **Michelle M. Bloxton** | "Blu 1681" 13188 Marina Way Woodbridge, Va. 22191 | 6564 Manet Ct., Woodbridge, Va. 22193 | |
| **Manuel Chavez** | "Blu 1681" 13188 Marina Way Woodbridge, Va. 22191 | | |

_____//s//_____   Date: 8/19/2016
Simon Y. Sandoval-Moshenberg (VSB No. 77110)