UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

(ALEXANDRIA DIVISION)

| | |
|---|---|
| ELIDA RIVAS & DELIA GUTIERREZ<br><br>*Plaintiffs*,<br><br>v.<br><br>SALDIVAR & ASSOCIATES, INC., et al.,<br><br>*Defendants* | **Case No:** 1:16-CV-343-LMB-JFA |

**Motion for Attorney's Fees and Costs**

The FLSA allows prevailing plaintiffs to seek their costs and reasonable attorney's fees. 29 U.S.C. § 216(b). In its order granting Plaintiffs a default judgment, the Court instructed Plaintiffs to file an affidavit stating the fees and costs that they seek. (ECF No. 28). As described in the attached declaration, Plaintiffs have incurred $15,744 in reasonable attorney's fees and $1,266.07 in compensable costs. However, in agreement with Defendants, and in the exercise of billing discretion, Plaintiffs are seeking a total of **$15,000** in costs and fees combined.

Respectfully submitted,

By: /s/ Nicholas Cooper Marritz                              Date: September 1, 2016
Nicholas Cooper Marritz (VSB No. 89795)
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Tel: (703) 778-3450 x 607
Fax: (703) 778-3454
nicholas@justice4all.org
*Counsel for Plaintiffs*

1

## Certificate of Service

I certify that, on September 1, 2016, I sent a copy of this *Motion for Attorney's Fees and Costs* to all Defendants via U.S. mail at their last known addresses:

| DEFENDANT | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 |
|---|---|---|---|
| **Saldivar & Associates Inc.** d/b/a R&R Catering Robert P. Saldivar, Registered Agent | 8004-A Alban Rd. Springfield, Va. 22150 | 7956 Cameron Brown Ct. Springfield, Va. 22153 | 8721 Bitterooot Ct. Lorton, Va. 22079 |
| **Robert P. Saldivar** | Saldivar & Associates Inc. d/b/a R&R Catering 8004-A Alban Rd. Springfield, Va. 22150 | Saldivar & Associates Inc. d/b/a R&R Catering 7956 Cameron Brown Ct. Springfield, Va. 22153 | 8721 Bitterooot Ct. Lorton, Va. 22079 |
| **Michelle M. Bloxton** | "Blu 1681" 13188 Marina Way Woodbridge, Va. 22191 | 6564 Manet Ct., Woodbridge, Va. 22193 | |

/s/ Nicholas Cooper Marritz                                   Date: September 1, 2016
Nicholas Cooper Marritz (VSB No. 89795)
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Tel: (703) 778-3450 x 607
Fax: (703) 778-3454
nicholas@justice4all.org
*Counsel for Plaintiffs*