UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

(ALEXANDRIA DIVISION)

ELIDA RIVAS &
DELIA GUTIERREZ

*Plaintiffs,*

v.

SALDIVAR & ASSOCIATES, INC.,
et al.,

*Defendants*

Case No: 1:16-CV-343-LMB-JFA

## Declaration of Nicholas Marritz, Esq.

1. My name is Nicholas Cooper Marritz (VSB No. 89795). I am over 18 years of age and competent to make this declaration.

2. I am a staff attorney with the Immigrant Advocacy Program at the Legal Aid Justice Center (LAJC). I am a 2011 graduate of the University of Washington School of Law. I have been admitted to practice law in California since June 2012 and in Virginia since January 2016 (when I was also admitted to practice before this Court).

3. As a staff attorney with LAJC, a large part of my docket consists of plaintiff-side litigation under the Fair Labor Standards Act, in both state and federal court.

4. I am fluent in both English and Spanish and communicate with Plaintiffs exclusively in Spanish.

5. Prior to joining LAJC, I served as a staff attorney with Farmworker Justice in Washington, D.C., representing low-wage immigrant farmworkers in federal courts across the country, including in the following cases involving the Fair Labor Standards Act:
   - *Villalobos v. Calandri Sonrise Farms LP*, 2:12-cv-2615 (C.D. Cal.)
   - *Smith v. Bulls-Hit Ranch & Farm*, 3:12-cv-449 (M.D. Fla.)

1

- *Jimenez v. GLK Foods, LLC*, 1:12-cv-209 (E.D. Wis.) and *Ramirez v. GLK Foods, LLC*, 1:12-cv-210 (E.D. Wis.)
- *Ruiz v. Fernandez*, 2:11-cv-3088 (E.D. Wash.) (not counsel of record)

6. I am counsel of record in one other FLSA case currently pending before the Eastern District of Virginia: *Claros v. Sweet Home Improvements, Inc.*, No. 1:16-CV-343-AJT-MSN.

7. I am seeking a rate of $320 per hour for my time in this case. Judge Ellis and Magistrate Judge Nachmanoff have both approved the same rate for me in other recent FLSA cases before this court. *See Avila Flores v. Rababeh*, No. 1:15-CV-1415-TSE-TCB (July 13, 2016, Dkt. Nos. 30 and 32); *Claros v. Sweet Home Improvements, Inc.*, No. 1:16-CV-343-AJT-MSN (August 8, 2016, Dkt. No. 33).

8. According to my time records, which I entered contemporaneously into our case-management software, JusticeServer, I spent over 70 hours on this case. In the exercise of billing discretion, I then eliminated various time entries, including and all time entries related to planning case strategy and supervision with my co-counsel Simon Sandoval-Moshenberg. I have also eliminated or reduced various other time entries in this case.

9. After making a good-faith evaluation of all recorded hours of I work performed in relation to the discovery disputes in this case, the chart accompanying this declaration lists only those time entries that I believe to have been fair and reasonably necessary.

10. My compensable time thus comes to 49.2 hours, or **$15,744**.

11. Plaintiffs have incurred **$1,266.07** in compensable costs:
    - $400 for the civil filing fee. (ECF No. 1-2).
    - $780 for service of process via private process server, as Defendants failed to waive service.[1] The invoices accompany this declaration.

---

[1] *See* Fed. R. Civ. P. 4(d)(2).

- $86.07 in postage.[2]

12. I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

By: _____    Date: September 1, 2016
Nicholas Cooper Marritz (VSB No. 89795)
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Tel: (703) 778-3450 x 607
Fax: (703) 778-3454
nicholas@justice4all.org
*Counsel for Plaintiff*

---

[2] Courts in this District have allowed prevailing FLSA plaintiffs to recoup their reasonable costs of postage. *See, e.g.*, *Kennedy v. A Touch of Patience Shared Hous., Inc.*, 779 F. Supp. 2d 516, 526 (E.D. Va. 2011); *Alvarez v. ReadyClean Indus. Servs., Inc.*, No. 1:14-cv-490-GBL, 2015 WL 5793605, at *4 (E.D. Va. Sept. 29, 2015).

# Adjusted Time Entries of Nicholas Marritz

## *Rivas & Gutierrez v. Saldivar & Assoc's, Inc. et al.* (E.D. Va.)

(Adjusted for billing discretion)

| Date | Activity | Time |
|---|---|---|
| 12/18/2015 | Initial meeting with clients | 2 |
| 2/12/2016 | Calculating damages | 2.8 |
| 2/26/2016 | Legal research | 1.2 |
| 2/29/2016 | Legal research | 0.2 |
| 3/2/2016 | Phone calls with clients | 0.1 |
| 3/3/2016 | Researching defendants | 0.8 |
| 3/3/2016 | Follow-up intake with Gutierrez | 2.4 |
| 3/5/2016 | Phone call with Gutierrez | 0.3 |
| 3/7/2016 | Follow-up interview with Rivas | 1.2 |
| 3/9/2016 | Legal research | 0.4 |
| 3/9/2016 | Drafting complaint | 0.8 |
| 3/11/2016 | Drafting complaint | 2.6 |
| 3/12/2016 | Drafting complaint | 1 |
| 3/13/2016 | Researching Defendants | 0.6 |
| 3/21/2016 | Phone call with Rivas | 0.2 |
| 3/21/2016 | Phone call with Rivas's husband | 0.1 |
| 3/22/2016 | Follow-up meeting with plaintiffs | 2.3 |
| 3/22/2016 | Meeting with Rivas's husband | 0.5 |
| 3/23/2016 | Revising complaint | 1 |
| 3/24/2016 | Drafting complaint | 1.8 |

| | | |
|---|---|---|
| 3/25/2016 | Drafting complaint | 3.5 |
| 3/28/2016 | Finalizing complaint | 0.2 |
| 3/28/2016 | Emailing Gutierrez | 0.2 |
| 3/28/2016 | Phone call with Gutierrez | 0.1 |
| 4/1/2016 | Phone call with Gutierrez | 0.2 |
| 4/5/2016 | Letter to clients | 0.2 |
| 4/11/2016 | Calculating damages | 1.2 |
| 4/12/2016 | Legal research | 0.8 |
| 4/13/2016 | Calculating damages | 0.9 |
| 5/9/2016 | Preparing summonses | 0.3 |
| 6/8/2016 | Phone call with Gutierrez | 0.3 |
| 6/16/2016 | Drafting request for entry of default | 0.3 |
| 6/16/2016 | Drafting attorney declaration | 0.3 |
| 6/24/2016 | Calculating damages | 1.3 |
| 6/30/2016 | Legal research | 2.4 |
| 7/6/2016 | Drafting plaintiff declarations | 2.5 |
| 7/6/2016 | Drafting motion for default judgment | 2.2 |
| 7/7/2016 | Drafting motion for default judgment | 2.5 |
| 7/7/2016 | Drafting Gutierrez declaration | 1 |
| 7/7/2016 | Reviewing declaration with Gutierrez | 0.8 |
| 7/7/2016 | Revising Gutierrez declaration | 0.3 |
| 7/8/2016 | Drafting Rivas declaration | 0.5 |
| 7/8/2016 | Reviewing declaration with Rivas | 0.8 |
| 7/11/2016 | Drafting praecipe | 0.3 |
| 7/11/2016 | Meeting with Gutierrez | 0.1 |

| 7/13/2016 | Legal research | 0.3 |
| 7/18/2016 | Phone call with Gutierrez | 0.3 |
| 8/2/2016 | Drafting second Praecipe | 0.5 |
| 8/5/2016 | Travel to/from hearing | 1 |
| 8/5/2016 | Default-judgment hearing | 0.5 |
| 8/9/2016 | Phone call with Rivas | 0.2 |
| 8/9/2016 | Phone call with Gutierrez | 0.2 |
| 8/31/2016 | Preparing attorney's fees and costs petition | 0.7 |