# CAPITOL PROCESS SERVICES, INC.



1827 18th Street, NW, Washington, DC 20009

Phone 202 667-0050 — FAX 202 667-2520
tfelter@capitolprocess.com

**Due By: 06/16/2016**
Invoice Date: 5/17/2016
Invoice #: 1508611
Job#: 1508611
Client File#: N/A

Nicholas Marritz, Esquire
Legal Aid Justice Center
6066 Leesburg Pike, Suite 520
Falls Church, Virginia 22041

## TOTAL INVOICE AMOUNT DUE

### $190.00

---

**Job #:** 1508611     **Client File #** N/A
**Plaintiff:** Elida Rivas and Delia Gutierrez
**Defendant:** Saldivar & Associates, Inc., et al.
**Case Number** 1:16-cv-343-LMB-JFA

**Recipient:**
Michelle M. Bloxton
13188 Marina Way, Woodbridge, Virginia

**Date Received:**
5/11/2016
**Completed:**
5/14/2016

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Attempted Service of Process: | 1 | $80.00 | $80.00 |
| 6564 Manet Court, Woodbridge, Virginia 22193 | | | |
| Service of Process: | 1 | $80.00 | $80.00 |
| 13188 Marina Way, Woodbridge, Virginia 22191 | | | |
| Hand File Affidavit | 1 | $30.00 | $30.00 |
| Job Total Due = | | | $190.00 |

---

**TOTAL INVOICE CHARGES:**     $190.00
**TOTAL INVOICE PAYMENTS:**
**TOTAL INVOICE AMOUNT DUE:**     $190.00



**Terms:** Thank you for your business! Balance due upon receipt. Please provide the invoice number on your check.
FEIN: 52-2283731

Litigation - CAP
Northern VA

Service of Process - case #963686 & #964307



# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW, Washington, DC 20009

Phone 202 667-0050 -- FAX 202 667-2520
tfelter@capitolprocess.com

**Due By: 06/26/2016**
Invoice Date: 5/27/2016
Invoice #: 1508609
Job#: 1508609
Client File#: N/A

Nicholas Marritz, Esquire
Legal Aid Justice Center
6066 Leesburg Pike, Suite 520
Falls Church, Virginia 22041

### TOTAL INVOICE AMOUNT DUE
## $330.00

- - - - - - -                                                                       - - - - - -

| Job #: 1508609  Client File # N/A | Recipient: | | Date Received: |
|---|---|---|---|
| Plaintiff: Elida Rivas and Delia Gutierrez | Robert P. Saldivar | | 5/11/2016 |
| Defendant: Saldivar & Associates, Inc., et al. | 8721 Bitteroot Court, Lorton, Virginia 22079 | | Completed: |
| Case Number 1:16-cv-343-LMB-JFA | | | 5/25/2016 |

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Multiple Attempts: | | | |
| 7956 Cameron Brown Court, Springfield, Virginia 22153 | 1 | $60.00 | $60.00 |
| 8004 Alban Road, Springfield, Virginia 22150 | 1 | $60.00 | $60.00 |
| Location Service | 1 | $150.00 | $150.00 |
| Service of Process: | 1 | $60.00 | $60.00 |
| 8721 Bitteroot Court, Lorton, Virginia 22079 | | | |

| | Job Total Due = | $330.00 |
|---|---|---|

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| TOTAL INVOICE CHARGES: | |
|---|---|
| TOTAL INVOICE PAYMENTS: | **$330.00** |
| TOTAL INVOICE AMOUNT DUE: | **$330.00** |

**Terms:** Thank you for your business! Balance due upon receipt. Please provide the invoice number on your check.
FEIN: 52-2283731

*Litigation - CAP*

*Northern VA*

*Service of Process - case 9636886 + 964307*

# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW, Washington, DC 20009



Phone 202 667-0050 -- FAX 202 667-2520
tfelter@capitolprocess.com

**Due By: 06/25/2016**
Invoice Date: 5/26/2016
Invoice #: 1508613
Job#: 1508613
Client File#: N/A

Nicholas Marritz, Esquire
Legal Aid Justice Center
6066 Leesburg Pike, Suite 520
Falls Church, Virginia 22041

### TOTAL INVOICE AMOUNT DUE

## $150.00

- - - - - - -                                                                                              - - - - - - -

| Job #: 1508613    Client File #  N/A<br>Plaintiff:  Elida Rivas and Delia Gutierrez<br>Defendant:  Saldivar & Associates, Inc., et al.<br>Case Number  1:16-cv-343-LMB-JFA | Recipient:<br>Saldivar & Associates, Inc. d/b/a R&R Catering<br>c/o Robert P. Saldivar, Registered Agent<br>8721 Bitteroot Court, Lorton, Virginia 22079 | | Date Received:<br>5/11/2016<br>Completed:<br>5/25/2016 |
|---|---|---|---|

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Attempted Service of Process: | 1 | $60.00 | $60.00 |
| 8004-A Alban Road, Springfield, Virginia 22150 | | | |
| Service of Process: | 1 | $60.00 | $60.00 |
| 8721 Bitteroot Court, Lorton, Virginia 22079 | | | |
| Hand File Affidavit | 1 | $30.00 | $30.00 |
| | Job Total Due = | | $150.00 |

**TOTAL INVOICE CHARGES:**
**TOTAL INVOICE PAYMENTS:**                                                                      **$150.00**
**TOTAL INVOICE AMOUNT DUE:**
                                                                                                 **$150.00**

**Terms:** Thank you for your business! Balance due upon receipt. Please provide the invoice number on your check.
FEIN: 52-2283731

Litigation - CAP
Northern VA

Service of process - case 963686 & 964307

# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW, Washington, DC 20009

Phone 202 667-0050 -- FAX 202 667-2520
tfelter@capitolprocess.com

**Due By: 06/17/2016**
Invoice Date: 5/18/2016
Invoice #: 1508608
Job#: 1508608
Client File#: N/A

Nicholas Marritz, Esquire
Legal Aid Justice Center
6066 Leesburg Pike, Suite 520
Falls Church, Virginia 22041

### TOTAL INVOICE AMOUNT DUE

## $110.00

- - - - - - -

- - - - - -

---

Job #: 1508608        Client File # N/A
Plaintiff: Elida Rivas and Delia Gutierrez
Defendant: Saldivar & Associates, Inc., et al.
Case Number 1:16-cv-343-LMB-JFA

**Recipient:**
Manuel Chavez
Blu 1681, 13188 Marina Way, Woodbridge,

Date Received:
5/11/2016
Completed:
5/18/2016

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Service of Process | 1 | $80.00 | $80.00 |
| Hand File Affidavit | 1 | $30.00 | $30.00 |

Job Total Due =  $110.00

Job Total Recd =

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**TOTAL INVOICE CHARGES:**

**$110.00**

**TOTAL INVOICE PAYMENTS:**

**TOTAL INVOICE AMOUNT DUE:**

**$110.00**

**Terms:** Thank you for your business! Balance due upon receipt. Please provide the invoice number on your check.
FEIN: 52-2283731

Litigation - CAP
Northern Va

Service of process - case 963686 × 964307