UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

(ALEXANDRIA DIVISION)

ELIDA RIVAS and
DELIA GUTIERREZ,

    *Plaintiffs*,

    v.

SALDIVAR & ASSOCIATES, INC.,
*et al.*,

    *Defendants*

**Case No: 1:16-cv-343-LMB-JFA**

**Motion to Clarify the Judgment**

On August 29, the Court entered a default judgment in Plaintiffs' favor, awarding them damages. On October 4, the Court entered an amended default judgment, awarding Plaintiffs their attorney's fees but making no mention of the original damages award. Plaintiffs now wish to begin collections procedures by docketing these judgments in the appropriate state court. But because the second judgment is styled as an "amended" judgment, Plaintiffs are concerned that the state court may treat the second judgment as annulling the original judgment entirely. Thus, out of an abundance of caution, and to avoid any future ambiguity, Plaintiffs respectfully move the Court for an order directing the Clerk to issue one single judgment that includes all of the relief ordered by the Court in this case.

Plaintiffs waive oral argument on this motion.

Respectfully submitted,

/s/ Nicholas Cooper Marritz
Nicholas Cooper Marritz (VSB No. 89795)
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Tel: (703) 720-5607
Fax: (703) 778-3454
nicholas@justice4all.org
*Counsel for Plaintiffs*

Date: November 8, 2016

## Certificate of Service

I, Nicholas Marritz, counsel for Plaintiffs, hereby certify that on November 8, 2016, I served Defendants with the foregoing *Motion to Clarify the Judgment* via U.S. Mail, at the following addresses:

| DEFENDANT | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 |
|---|---|---|---|
| **Saldivar & Associates Inc.** d/b/a R&R Catering Robert P. Saldivar, Registered Agent | 8004-A Alban Rd. Springfield, Va. 22150 | 7956 Cameron Brown Ct. Springfield, Va. 22153 | 8721 Bitterooot Ct. Lorton, Va. 22079 |
| **Robert P. Saldivar** | Saldivar & Associates Inc. d/b/a R&R Catering 8004-A Alban Rd. Springfield, Va. 22150 | Saldivar & Associates Inc. d/b/a R&R Catering 7956 Cameron Brown Ct. Springfield, Va. 22153 | 8721 Bitterooot Ct. Lorton, Va. 22079 |
| **Michelle M. Bloxton** | "Blu 1681" 13188 Marina Way Woodbridge, Va. 22191 | 6564 Manet Ct., Woodbridge, Va. 22193 | |

/s/ Nicholas Cooper Marritz        Date: November 8, 2016
Nicholas Cooper Marritz (VSB No. 89795)
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Tel: (703) 720-5607
Fax: (703) 778-3454
nicholas@justice4all.org
*Counsel for Plaintiffs*