IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ELIDA RIVAS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | 1:16-cv-343 (LMB/JFA) |
| ) | |
| SALDIVAR & ASSOCIATES, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is plaintiffs' Motion to Clarify the Judgment [Dkt. No. 38] which asks the Court to clarify the two default judgments entered in this civil action. Plaintiff explains that a state court may treat the amended default judgment, which awarded attorney's fees but made no mention of the damages award in the original default judgment, as annulling the original judgment entirely. Id. In order to avoid any confusion and spare plaintiffs the inconvenience of docketing two judgments in state court, plaintiffs' Motion to Clarify the Judgment is GRANTED and it is hereby

ORDERED that the August 29, 2016 Default Judgment [Dkt. No. 29] and the October 4, 2016 Amended Default Judgment [Dkt. No. 34] be and are consolidated into one final default judgment in the amount of $43,096.83, which consists of a $14,012.08 recovery awarded to plaintiff Elida Rivas, a $11,674.68 recovery awarded to plaintiff Delia Gutierrez, $400 for the filing fee, and $17,010.07 for attorney's fees and costs; and it is further

ORDERED that the two judgments entered by the Clerk [Dkt. Nos. 29, 34] be and are VACATED; and it is further

ORDERED that pursuant to Rule 55 of the Federal Rules of Civil Procedure the Clerk enter one final default judgment in the total amount of $43,096.83, consisting of a $14,012.08 recovery awarded to plaintiff Elida Rivas, a $11,674.68 recovery awarded to plaintiff Delia Gutierrez, $400 for the filing fee, and $17,010.07 for attorney's fees and costs, to be paid by Saldivar & Associates, LLC, Robert P. Saldivar, and Michelle M. Bloxton, jointly and severally.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 9th day of November, 2016.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge