IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| Elida Rivas ) | |
| Delia Gutierrez ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:16cv343 |
| ) | |
| Saldivar & Associates, Inc. ) | |
| Robert P. Saldivar ) | |
| Michelle M. Bloxton ) | |
| ) | |
| ) | |
| Defendants ) | |

FINAL DEFAULT JUDGMENT

A default having been entered against the defendants Saldivar & Associates, Inc., Robert P. Saldivar, and Michelle M. Bloxton and counsel for the plaintiffs Elisa Rivas and Delia Gutierrez having requested judgment against the defaulted defendants Saldivar & Associates, Inc., Robert P. Saldivar, and Michelle Bloxton, and having filed a proper declaration, all in accordance with Rule 55 of the Federal Rules of Civil Procedure; it is

ORDERED and ADJUDGED that the plaintiffs Elida Rivas and Delia Gutierrez recover of the defendants Saldivar & Associates, Inc., Robert P. Saldivar, and Michelle M. Bloxton the total amount of $43,096.83, consisting of a $14,012.08 recovery awarded to plaintiff Elida Rivas, a $11,674.68 recovery awarded to plaintiff Delia Gutierrez, $400 for the filing fee, and $17,010.07 for attorney's fees and costs, to be paid by Saldivar & Associates, LLC, Robert P. Saldivar, and Michelle M. Bloxton, jointly and severally

Dated at Alexandria, Virginia, this 9th day of November, 2016.

FERNANDO GALINDO
CLERK OF COURT

BY: _____
              Deputy Clerk